IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT A. HOUZE, II, | No. 2:06-cv-2045-MCE-GGH-P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |
| _____/ | |

  On October 6, 2006, plaintiff filed objections to the September 28, 2006, order by the magistrate judge. The court construes plaintiff objections as a request for reconsideration.

  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

  Therefore, IT IS HEREBY ORDERED that:

  1. Upon reconsideration, the order of the magistrate judge filed September 28, 2006, is affirmed;

/////

/////

1

2. Within twenty days of the date of this order, plaintiff shall file a complaint that complies with the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.

DATED: October 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE